IN THE
UNITED STATES COURT OF APPEALS
FOR THE
FOURTH CIRCUIT

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **Record No. 13-4951** |
| **v.** ) | |
| ) | |
| **JEFFREY LAWSON MCCORMICK** ) | |

**GOVERNMENT'S MOTION TO DISMISS
APPEAL AS UNTIMELY AND TO SUSPEND THE BRIEFING SCHEDULE**

COMES NOW the United States of America, by counsel, and moves that the appeal in this matter be dismissed on grounds that the Notice of Appeal is untimely filed. In support of its Motion, the United States says as follows:

Notice of appeal in a criminal case must be filed with the district court within fourteen days of entry of judgment. Fed. R. App. P.4(b)(1)(A). That time period may be extended for an additional thirty days, upon a showing of "excusable neglect." Id.

The running of the time period established in the Rules does not deprive the Court of subject matter jurisdiction. United States v. Urutyan, 564 F.3d 679 (4th Cir. 2009). However, the very existence of the Rule suggests that it is designed to have some force or effect.

Judgment was entered against McCormick on October 23, 2013. The fourteen day period to note an appeal would have expired on November 6, 2013. McCormick filed his Notice of Appeal on December 12, 2013. This is thirty-six days after the expiration of his time period for appeal. Even a showing of excusable neglect or good cause would have acted only to extend

1

McCormick deadline until December 6, 2013.  McCormick, however, has made no showing of good cause, or any showing whatsoever.   Nor could such a showing have acted to give him an extra thirty-six days from November 6, 2013, in which to file his Notice of Appeal.  The language of the Rule is straightforward, and there is nothing to suggest that some extraordinary circumstance exists to free McCormick from the strictures of the Rule.

WHEREFORE the United States moves that McCormick's Notice of Appeal be found untimely, and that his appeal be dismissed.  In addition, the United States respectfully requests that this Court suspend the briefing schedule pending the resolution of this Motion.

Respectfully submitted,

TIMOTHY J. HEAPHY
United States Attorney

Dated: April 4, 2014

/s/Ashley B. Neese
Assistant United States Attorney
Virginia State Bar #75242
United States Attorney's Office
P.O. Box 1709
Roanoke, VA 24008-1709
Telephone: (540) 857-2250
Facsimile: (540) 857-2614
Email: ashley.neese@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of April, 2014, the foregoing motion was filed with the Clerk of the Court using the CM/ECF System, which will send notice and constitute service of such filing, to the following registered CM/ECF user, Helen Phillips, Esquire, Counsel for the Appellant.

/s/ Ashley B. Neese
Assistant United States Attorney