Filed: January 5, 2015

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

ANDERS SUPPLEMENTAL BRIEFING ORDER
_____

No. 13-4951,    US v. Jeffrey McCormick
              6:13-cr-00011-NKM-RSB-1

The court directs supplemental briefing as follows:

Supplemental opening brief and joint appendix due: 01/20/2015

Supplemental response brief due : 02/03/2015

Supplemental reply brief, if any, permitted by: 2/13/15

The briefs and appendix must conform to the Fourth Circuit Brief & Appendix Requirements (available as a link from this order and at www.ca4.uscourts.gov).

/s/ PATRICIA S. CONNOR, CLERK
By: Barbara H. Rowe, Deputy Clerk